AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| United States of America </br> v. </br> William Gladney </br> *Defendant* | ) </br> ) Case No. 5:24-CR-32 (GTS) </br> ) </br> ) </br> ) |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/1/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Courtenay McKeon
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Glenn T. Suddaby, U.S. District Judge
*Judge's printed name and title*