IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:24-CR- 32 (GTS) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **WILLIAM GLADNEY,** | ) | Violation:    18 U.S.C. § 2252A(a)(5)(B) |
| | ) |                  Possession of Child |
| **Defendant.** | ) |                  Pornography |
| | ) | |
| | ) | 2 Counts & Forfeiture Allegation |
| | ) | |
| | ) | County of Offense:    Oswego |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNTS 1-2**
[**Possession of Child Pornography**]

On or about January 25, 2023, in Oswego County in the Northern District of New York, the defendant, **WILLIAM GLADNEY**, did knowingly possess material that contained one or more images of child pornography that had been transported using a means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting such commerce by any means, including by computer, that is, the electronic media described below, each of which contained numerous graphic image and video files of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

| Count | Material Containing Images of Child Pornography |
|---|---|
| 1 | A black LG tablet, Model LG-VK810, IMEI 990002628624601, manufactured in China. |
| 2 | A Lenovo all in one PC, model F0EM006YUS, serial number MJ0D6SNY, manufactured in Mexico. |

## PRIOR CONVICTION ALLEGATION

The defendant, **WILLIAM GLADNEY**, has a prior final conviction under the laws of the state of Texas relating to the possession of child pornography, in that he was convicted on or about March 4, 2009, in the 23rd Judicial District Court of Brazoria County, Texas (Case No. 57563), of one count of possession of child pornography, in violation of Texas Penal Code Section 43.26(a), and was sentenced to eight years of probation and, on or about June 16, 2010, in the 23rd Judicial District Court of Brazoria, Texas (Case No. 57563) was re-sentenced to eight years of incarceration following a violation of probation.

This prior conviction affects the penalty provisions associated with Counts 1 and 2, pursuant to Title 18, United States Code, Section 2252A(b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference herein for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of the charges alleged in Counts 1 and 2 of this indictment, the defendant, **WILLIAM GLADNEY**, shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of the offenses. The property subject to forfeiture includes, but is not limited to, the following:

  a) one (1) black LG tablet, Model LG-VK810, IMEI number 990002628624601.
  b) one (1) Lenovo all in one PC, model F0EM006YUS, serial number MJ0D6SNY.

Dated:   February 1, 2024                    CARLA B. FREEDMAN
                                             United States Attorney

                                     By:    _____
                                             Paul J. Tuck
                                             Special Assistant United States Attorney
                                             Bar Roll No. 520814